Robert Lamanuzzi Esq., (SBN 213673)
LAW OFFICE OF ROBERT LAMANUZZI
1330 L Street, Suite D
Fresno, CA 93721
Phone: (559) 492-0009
Email: robertlamanuzzi@gmail.com

Attorney for Defendant
**LOUIS BONILLA**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LOUIS BONILLA,<br>Defendant. | Case No.: 1:25-cr-00132-JLT-SAB<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI., attorney for Defendant LOUIS BONILLA and ANTONIO PATACA AND ROBERT VENEMAN-HUGHES, Assistant U.S. Attorneys for Plaintiff, that the currently scheduled sentencing date of OCTOBER 5th, 2026, at 9:00 AM, be continued to DECEMBER 7TH, 2026, at 9:00 AM.

1. Defendant, Louis Bonilla, is scheduled for sentencing on OCTOBER 5th, 2026,
2. Defense counsel for Mr. Bonilla was engaged in a jury trial last week,
3. Defense counsel for Mr. Bonilla needs additional time to file a sentencing memorandum,
4. The Government does not object to the continuance.

Dated: September 29th, 2026,

Respectfully submitted,

_/s/Robert Lamanuzzi__
ROBERT LAMANUZZI.
Attorney for Defendant,
LOUIS BONILLA

Dated: September 29th , 2026,

Respectfully submitted,

__/s/ Antonio Pataca___
ANTONIO PATACA
Assistant U.S. Attorney

Dated: September 29th , 2026,

__/s/ Robert Veneman-Hughes__
ROBERT VENEMAN-HUGHES
Assistant U.S. Attorney

**ORDER**

The SENTENCING HEARING, currently scheduled for OCTOBER 5th, 2026, at 9:00 AM is continued to DECEMBER 7th , 2026 at 9:00 AM.

IT IS SO ORDERED.

Dated: _September 30, 2026_

UNITED STATES DISTRICT JUDGE